ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV -6  AM 11: 29

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| DERRICK LAMONT NESBITT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-167 |
| CHATHAM COUNTY SHERIFF'S DEPARTMENT, GEORGIA DEPARTMENT OF CORRECTIONS, and AL ST. LAWRENCE, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6th day of November, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA